175 So.2d 299

Thomas FOSTER

v.

AMERICAN OIL COMPANY et al.

No. 47726.

June 7, 1965.

In re: Thomas Foster applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 172 So.2d 334.

The application is denied. According to the facts of the case the judgment complained of is correct.

SANDERS and SUMMERS, JJ., are of the opinion that the writ should be granted.

175 So.2d 299

Douglas C. LAWTON, d/b/a Lawton and Son, Contractor,

v.

Frank A. CAIN.

No. 47733.

June 7, 1965.

In re: Paul F. Stewart and Continental Casualty Company of Chicago, Illinois, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of East Carroll. 172 So.2d 734.

Writ refused. The judgment is not final.